IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA EASTERN DIVISION

CA No.:

| | | |
|---|---|---|
| YVETTE MARCH, by and through undersigned counsel, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | **COMPLAINT** |
| CAROLINAEAST HEALTH SYSTEM, | ) ) | |
| *Defendants.* | ) ) | |

NOW COMES, Plaintiff Yvette March, by and through undersigned counsel, brings this action against Defendant Carolina East Health System for violations of Title VII of the Civil Rights Act of 1964, and the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 621 et seq, and states as follows:

## NATURE OF THE ACTION

1. This is an action for damages and equitable relief to redress unlawful employment practices committed by Defendant against Plaintiff, including discrimination on the basis of race and age, a hostile work environment, and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq., and the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 621 et seq.

2. Plaintiff seeks compensatory damages, punitive damages, equitable relief, attorneys' fees, and all other relief the Court deems just and proper.

## JURISDICTION AND VENUE

3. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331, 42 U.S.C. § 2000e-5(f)(3), and 29 U.S.C. § 626(c), as this action arises under federal law.

4. Venue is proper in this Court under 28 U.S.C. § 1391(b) because the events giving rise to these claims occurred in Craven County, North Carolina, which lies within the Eastern District of North Carolina.

## PARTIES

5. Plaintiff Yvette March ("Plaintiff") is an African American woman over the age of 40, residing in Craven County, North Carolina. At all relevant times, she was employed by Defendant.

6. Defendant CarolinaEast Health System ("Defendant") is a healthcare provider and employer located at 2000 Neuse Boulevard, New Bern, NC 28560, employing more than 500 individuals.

## ADMINISTRATIVE EXHAUSTION

7. Plaintiff timely filed a Charge of Discrimination (No. 433-2024-02760) with the EEOC alleging discrimination based on race, age, and retaliation.

8. The EEOC issued a Notice of Right to Sue on April 30, 2025.

9. Plaintiff is filing this complaint within 90 days of receiving that notice and has exhausted all administrative prerequisites.

## FACTUAL ALLEGATIONS

10. Plaintiff was hired by Defendant on June 6, 2022, as a Financial Counselor.

11. Plaintiff, who is 57 years old and African American, was treated less favorably than her younger white colleagues.

12. She received inadequate training, was denied merit increases, and was subjected to a hostile work environment.

13. On June 26, 2023, Plaintiff submitted a formal complaint to HR regarding discriminatory treatment.

14. Following this, she faced increased discipline, was isolated, and denied resources and support.

15. Plaintiff was suspended in November 2023 and terminated on December 7, 2023.

16. White and/or younger employees who engaged in similar conduct were not disciplined.

17. At the time of her termination, Plaintiff had received internal recognition for her performance.

**COUNT ONE**
**Race Discrimination**
**Title VII, 42 U.S.C. § 2000e-2**

18. Defendant subjected Plaintiff to disparate treatment, including inadequate training, unfair discipline, and termination, because of her race.

19. Defendant's conduct was intentional and caused Plaintiff harm.

**COUNT TWO**
**Retaliation**
**Title VII, 42 U.S.C. § 2000e-3(a)**

20. Plaintiff engaged in protected activity by reporting discrimination.

21. Defendant retaliated against Plaintiff with discipline and termination.

22. Defendant's actions were in direct response to Plaintiff's protected activity.

**COUNT THREE**
**Age Discrimination**
**ADEA, 29 U.S.C. § 623(a)**

23. Plaintiff was over 40 and qualified for her position.

24. Defendant subjected Plaintiff to adverse treatment and termination based on age.

25. Younger employees were treated more favorably under similar circumstances.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff;

B. Award compensatory and punitive damages;

C. Award lost wages and benefits;

D. Award reasonable attorneys' fees and costs;

E. Grant any further relief as the Court deems just and proper.

**DEMAND FOR TRIAL BY JURY**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

*/s/Amina M. Mack, Esq.*
Amina M. Mack (NCSB No. 61390)
**THE MACK LAW FIRM, PLLC**
4242 Six Forks Road, Ste. 1550
Raleigh, NC 61390
Tel: (919) 984-7147
legal@themacklaw.com

Attorney for Plaintiff
